PROBATION FORM NO. 35
(1/92)

Report and Order Terminating
Probation to Original Expiration Date

FILED
AUG 27 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: DEPUTY CLERK

# United States District Court
## FOR THE
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Crim. No. W-19-CR-127 (01)

Joel Wishne

On <u>June 18, 2015</u>, this defendant was placed on supervised release for <u>three (3)</u> years. The defendant has complied with the Court's restrictions and no longer needs supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Christina Perez
U. S. Probation Officer

ORDER OF THE DISCHARGE

On the probation officer's recommendation, the defendant is discharged from probation and that the proceedings in the case be terminated.

Signed this 27 day of August, 2019.

Alan Albright
United States District Judge